**Opinion issued June 3, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-21-00278-CV
_____

## IN RE J-M MANUFACTURING COMPANY, INC., ANDREA JEAN THOMPSON, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF TRACY DEAN THOMPSON, DECEASED, AND MANDY THOMPSON ZORN, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators, J-M Manufacturing Company, Inc., Andrea Jean Thompson, Individually and as Executrix of the Estate of Tracy Dean Thompson, and Mandy Thompson Zorn, have filed a petition for a writ of mandamus challenging the May

24, 2021 Order Regulating Jury Trial entered by the Honorable Mark Davidson, presiding pre-trial judge for asbestos multi-district litigation cases.[1]

We deny relators' petition for writ of mandamus. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Guerra, and Farris.

---

[1] The underlying case is *Andrea Jean Thompson, Individually and as Executrix of the Estate of Tracy Dean Thompson, Deceased, and Mandy Thompson Zorn*, Cause No. 2018-10109, in the 11th District Court of Harris County, Texas, the Honorable Mark Davidson presiding pre-trial judge for asbestos multi-district litigation cases.